[No. 32603-1-I.    Division One.    April 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE LEE DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-05264-1, Frank L. Sullivan, J., entered March 29, 1993. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker, A.C.J., and Cox, J.

[No. 31419-0-I.    Division One.    April 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KUTENAI PISCES BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-04806-8, Michael J. Fox, J., entered September 4, 1992. *Reversed* and *remanded* by unpublished opinion per Coleman, J., concurred in by Becker, J., and Alsdorf, J. Pro Tem.

[No. 32602-3-I.    Division One.    April 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES HENRY FELLOWS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-04277-7, Norma Smith Huggins, J., entered March 19, 1993. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Becker, JJ.